**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ELIDIO LEONOR FERNANDO VILLEGAS and CELSO FELIX GALVEZ, individually and on behalf of all others similarly situated,

                              Plaintiffs,

-against-

CJ'S MARKET INC, CKIM'S FRUIT & VEGETABLE INC, AND JEMI LEE and CHUL JAE KIM, as individuals,

                              Defendants.

------------------------------------- x

ORDER

21 Civ. 2879 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference is adjourned from July 1, 2021 to October 5, 2021 at 9:30 a.m.

Dated: June 16, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge