**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ELIDIO LEONOR FERNANDO VILLEGAS and :
CELSO FELIX GALVEZ, individually and on :
behalf of all others similarly situated, :
                                   :

                       Plaintiffs, :                ORDER

                                    :     21 Civ. 2879 (GBD)

        -against-              :

                                      :

CJ'S MARKET INC, CKIM'S FRUIT & :
VEGETABLE INC, AND JEMI LEE and CHUL :
JAE KIM, as individuals, :
                                    :

                    Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, United States District Judge:

This Court has been advised that the parties have reached agreement on all issues in this

FLSA matter. Pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015),

the parties shall move for settlement approval by October 20, 2021.

The initial conference scheduled for October 5, 2021 is adjourned to November 9, 2021

at 9:30 a.m.

Dated: September 21, 2021
       New York, New York

                                    SO ORDERED.

                                    _George B. Daniels_
                                    GEORGE B. DANIELS
                                    United States District Judge