**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ELIDIO LEONOR FERNANDO VILLEGAS and
CELSO FELIX GALVEZ, individually and on
behalf of all others similarly situated,

                     Plaintiffs,

    -against-

CJ'S MARKET INC, CKIM'S FRUIT &
VEGETABLE INC, AND JEMI LEE and CHUL
JAE KIM, as individuals,

                     Defendants.

------------------------------------- x

NOV 0 3 2021

ORDER

21 Civ. 2879 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in this FLSA action have reached a settlement and jointly request this Court's approval. (ECF No. 19.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint letter for settlement approval, hereby GRANTS the parties' request and FURTHER ORDERS that:

1. The settlement agreement in the amount of $55,000.00, which is inclusive of all attorney's fees and costs, is approved; and

2. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

The Clerk of Court is directed to close this case accordingly.

Dated: November 2, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge